UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| **DEANGELO THOMAS-EL,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | Case No. 4:20cv589 SNLJ |
| | ) | |
| **NICOLE FRANCIS, et al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

## MEMORANDUM AND ORDER

This matter is before the Court on plaintiff's letter to the Clerk of the Court, which this Court is construing as a motion [#26]. Plaintiff states that he has been in administrative segregation and that he has been separated from his legal documents. He asks the Clerk to "contact Warden Dale here at Potosi Correctional Center and have him to force Case Manager Browers to get my legal documents out of my property" because he "cannot fully prosecute" his case without it.

Defendants, who are or were employees of the Missouri Department of Corrections, have not responded to the letter.

Plaintiff is advised that "a request for a court order must be made by motion." Federal Rule of Civil Procedure 7(b)(1). He must seek relief in the form of a motion in the future. However, this Court will order defendants to respond to plaintiff's letter as if it had been filed as a motion.

Accordingly,

1

**IT IS HEREBY ORDERED** that, by April 1, 2021, defendants shall file a response memorandum to plaintiff's letter docketed as a Pro Se Motion [#25].

Dated this __15th__ day of March, 2021.

_____
STEPHEN N. LIMBAUGH, JR.
SENIOR UNITED STATES DISTRICT JUDGE