## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MISSOURI
## EASTERN DIVISION

| | | |
|---|---|---|
| DEANGELO THOMAS-EL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 4:20-CV-589-SNLJ |
| | ) | |
| NICOLE FRANCIS, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## MEMORANDUM AND ORDER

Defendants Nicole Francis and Jason Lees move to withdraw Ashley Ray as counsel

for defendants.  [Doc. 70.]  The Court will grant this motion.  Assistant Attorney General

Justin Mettlen will now represent defendants.



Accordingly,

**IT IS HEREBY ORDERED** that defendants' motion [Doc. 70] is GRANTED.

Ashely Ray will be withdrawn as counsel for defendants.


Dated this 8th day of October, 2022.

_____
STEPHEN N. LIMBAUGH, JR.
SENIOR UNITED STATES DISTRICT JUDGE

1