UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| DEANGELO THOMAS-EL,  )<br>  )<br>Plaintiff,  )<br>  )<br>v.  )<br>  )<br>NICOLE FRANCIS, et al.,  )<br>  )<br>Defendants.  ) | Case No. 4:20-CV-589-SNLJ |

### MEMORANDUM AND ORDER

After this Court's ruling on prior summary judgment motions, [Doc. 72], and order appointing an attorney to plaintiff, [Doc. 73, 74], plaintiff filed a self-titled "Motion for an Order Restraining the Immediate Retaliation." [Doc. 75.] In his motion, plaintiff claims that two non-party prison officials intimidated and threatened plaintiff because of his lawsuit. *Id.* He then requested the court to order "the removal of the defendants['] cronies" from his housing unit. *Id.* at 3.

The Court interprets this motion as a request for injunctive relief against two entirely different individuals other than the parties to this lawsuit. This request is beyond the power of the Court to grant in this case because it would constitute new legal proceedings against new parties. If plaintiff is seeking injunctive relief against two new prison officials, he must file a new lawsuit, keeping in mind he would need to exhaust the necessary state procedural remedies before doing so.

1

Accordingly,

**IT IS HEREBY ORDERED** that plaintiff's motion "For an Order Restraining the Immediate Retaliation" [Doc. 75] is **DENIED**.

Dated this 26th day of July, 2023.

                                                  STEPHEN N. LIMBAUGH, JR.
                                                  SENIOR UNITED STATES DISTRICT JUDGE